IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JENNIE LEE STONER**                                                           **PLAINTIFF**

**v.**                         **2:12-CV-00073-BRW**

**SOUTHERN FARM BUREAU CASUALTY**                        **DEFENDANTS**
**INSURANCE COMPANY,** *et al.*

## ORDER

Pending is Plaintiff's unopposed Motion for Voluntary Dismissal of Farm Bureau Mutual Insurance Company of Arkansas, Inc. (Doc. No. 18). The Motion is GRANTED; Defendant Farm Bureau Mutual Insurance Company of Arkansas, Inc. is DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of November, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE