UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

May 24, 2013

Ms. Kim Tran Britt
Mr. Gerald Joseph Nielsen
Mr. William T. Treas
Nielsen Carter & Treas, LLC
3838 N Causeway Blvd., Suite 2850
Metairie, LA 70002

Mr. Richard N. Watts
Watts, Donovan & Tilley, P.A.
200 River Market Ave., Suite 200
Little Rock, AR 72201-1769

Mr. Charles A. Banks
Mr. J. Grant Ballard
Mr. Robert William Francis
Banks Law Firm, PLLC
P.O. Box 251310
Little Rock, AR 72225-1310

   RE: *Stoner v. Southern Farm Bureau*, No. 2:12-CV-00073-BRW
      *McCarty v. Southern Farm Bureau*, No. 5:12-CV-00148-BRW

Dear Counsel:

I am inclined to try Mrs. Stoner's case first since it has been set first. I'm also inclined to try it in Little Rock since it is a nonjury trial and Plaintiff's counsel has advised that transportation for Plaintiff won't be a problem.

This is my thinking. If anyone wants to try to change my thinking, she or he should forthwith respond to this letter.

              Cordially,


              /s/ Billy R. Wilson


Original to Clerk of the Court