IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JENNIE LEE STONER**                                                                                   **PLAINTIFF**

V.                                         CASE NO.: 2:12-CV-73-BRW

**SOUTHERN FARM BUREAU CASUALTY**
**INSURANCE COMPANY**                                                                                   **DEFENDANT**

## JUDGMENT

Commencing on June 10, 2013, and concluding on June 12, 2013, I tried this action without a jury. At the conclusion of the evidence, I stated on the record the findings of fact and conclusions of law.[1]

Judgment on Plaintiff's Arkansas Deceptive Trade Practices Act claim is hereby entered in favor of Defendant.

Judgment on Plaintiff's Breach of Contract claim is hereby entered in favor of Plaintiff.

It is Ordered that Plaintiff, Jennie Stoner, recover from the Defendant, Southern Farm Bureau Casualty Insurance Company, the amount of $92,845.19 on the breach-of-contract claim.

IT IS SO ORDERED this 18th Day of June, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. Civ. P. 52(a)(1).