IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JENNIE LEE STONER**                                                                              **PLAINTIFF**

**VS.**                                            **2:12-CV-00073-BRW**

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE COMPANY**                                                  **DEFENDANT**

ORDER AND JUDGMENT

Based on the July 11, 2014 ruling by the United States Court of Appeals for the Eighth Circuit,[1] the June 18, 2013 Judgment (Doc. No. 107) is VACATED and JUDGMENT is entered for Defendant.

IT IS SO ORDERED, this 6th day of August, 2014.


    /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 122, 123.